UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODNEY L. BURK,

     Plaintiff,

v.                          CASE No. 8:10-CV-564-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____

## REPORT AND RECOMMENDATION

     The plaintiff, on March 4, 2010, filed a complaint in this case seeking review of a denial of a claim for Social Security benefits.* The plaintiff filed a motion to proceed in forma pauperis on March 4, 2010 (Doc. 2), and that request was granted on March 8, 2010 (Doc. 3).

     An Order was entered on July 7, 2010, directing the plaintiff to accomplish service upon the defendant within thirty days from the date of the Order, and that failure to do so could result in the case being dismissed (Doc.

_____

*This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

5). The docket entry indicates that the plaintiff, who is proceeding pro se, was mailed a copy of this Order and the forms for service of process on July 8, 2010. In response to this Order, the plaintiff issued summonses for service of the complaint on July 20, 2010 (Doc. 6). An Order was entered on November 8, 2010, directing the plaintiff to show cause, within fourteen days, why the complaint should not be dismissed for failure to effect service upon the defendant in accordance with Rule 4, Fed.R.Civ.P., or to file documents showing proof that the parties in this case have been duly served (Doc. 7). As of this date, there is no record in the court file that service has been accomplished, and the plaintiff has not responded to this Order.

Rule 4(m), F.R.Civ.P., provides that, "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action ... or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Since the time allowed by Rule 4(m) has elapsed without service, it seems that dismissal is warranted for the plaintiff's failure to effect service, unless the plaintiff shows

-2-

good cause for his failure. This report and recommendation shall provide notice to the plaintiff of the proposed dismissal.

For these reasons, I recommend that this action be dismissed unless the plaintiff, in response to this report and recommendation, shows good cause for his failure to effect timely service.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: DECEMBER 9, 2010

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).