UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RODNEY L. BURK,**

        **Plaintiff,**

vs.                                                        Case No. 8:10-CV-564-T-27TGW

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 8) recommending that this case be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

On March 4, 2010, Plaintiff filed the Complaint in this case seeking review of a denial of a claim for Social Security benefits. On July 7, 2010, the Magistrate Judge directed Plaintiff to effect service on Defendant within thirty days in accordance with the requirements of Rule 4.[1] On July 20, 2010, the Clerk issued summonses to Plaintiff. (Dkt. 6) On November 8, 2010, the Magistrate Judge directed Plaintiff to show cause within fourteen days why the Complaint should not be dismissed for failure to timely serve Defendant. On December 9, 2010, the Magistrate Judge recommended that the case be dismissed unless Plaintiff showed good cause for the failure to timely

---

[1] *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

serve Defendant. Plaintiff has not objected or otherwise responded to the Report and Recommendation. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 8) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Pursuant to Rule 4(m), this action is **DISMISSED**.

3) The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE AND ORDERED** in chambers this 3rd day of January, 2011.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record
Plaintiff